IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRIS LUCERO, JR.,

      Plaintiff,

v.                                                                 No. CIV 15-0155 JB/WPL

MANNY ORTIZ, individually and in his official
capacity as Treasurer for Bernalillo County,
New Mexico, and the COUNTY OF BERNALILLO
(BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO),

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition, and Remanding the Case to the Second Judicial District Court of the State of New Mexico, filed October 31, 2015 (Doc. 44)("MOO"). In the MOO, the Court remanded the case to state court and denied the Lucero Motion for Attorney's Fees, filed October 14, 2015 (Doc. 42). See MOO at 27.

**IT IS SO ORDERED** that final judgment is entered, and this case is remanded to Bernalillo County, Second Judicial District Court, State of New Mexico.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE

*Counsel:*

Chris Lucero, Jr.
Albuquerque, New Mexico

    *Plaintiff pro se*

Richard Valdez
The Valdez Law Firm
Albuquerque, New Mexico

    *Attorney for Defendant Manny Ortiz*

Eric W. Schuler
Michael I. Garcia
Bernalillo County Attorney's Office
Albuquerque, New Mexico

--and--

Jonlyn M. Martinez
Law Firm of Jonlyn M. Martinez
Albuquerque, New Mexico

    *Attorneys for Defendant County of Bernalillo*